# United States District Court

District of Utah

STEVEN WARD JAMES,

Plaintiff,

v.

ZIONS BANCORPORATION, N.A.
d/b/a ZIONS BANK,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:25-cv-31-HCN

IT IS ORDERED AND ADJUDGED

That this action is DISMISSED WITHOUT PREJUDICE.

March 30, 2026

*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge